UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:11CR73

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  ) | ORDER |
| v. ) ) | |
| JOHNNY SANFORD JOHNSON ) ) | |

This matter having come before the Court on the Motion to Dismiss filed by the United States, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the United States is **GRANTED,** and the charge contained in Count 4 of the Superseding Indictment should be dismissed without prejudice against defendant Johnny Sanford Johnson.

Signed: February 20, 2013

Richard L. Voorhees
United States District Judge