IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11-cr-00073-RLV-DSC-26

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMMY JOE TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on U.S. Probation Officer Barbara P. Carrigan's request for the Court's approval to obtain copies of Defendant Taylor's juvenile records from the Wilkes County Juvenile Court.

On February 8, 2013, Defendant appeared before U.S. Magistrate Judge David Keesler and pleaded guilty to Conspiracy to Distribute, Possess with Intent to Distribute, and Manufacture Methamphetamine. (Doc. 357.) During an interview with Officer Carrigan on March 22, 2013, Defendant advised that he had a juvenile record in Wilkes County, North Carolina. He added that he was detained for two years at a juvenile detention facility.

**IT IS, THEREFORE, ORDERED** that the U.S. Probation Office be authorized to request the Wilkes County Juvenile Court to open its file concerning Defendant Taylor and allow any and all juvenile records to be divulged for the purpose of a presentence report. This authority shall terminate upon completion of the presentence report.

Signed: March 28, 2013

Richard L. Voorhees
United States District Judge